UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE GILMORE, An Individual** | **CIVIL ACTION** |
| Versus | NO. 2:16-CV-10984 |
| **TROXIE MOTEL, INC.,**<br>A Louisiana Corporation, et al. | **JUDGE JOLIVETTE-BROWN** |
| | **MAGISTRATE JUDGE NORTH** |

## ORDER

THIS CAUSE, having come before the Court upon the parties' Joint Motion to Dismiss with Prejudice, and the Court being fully advised in the premises.

**THIS IS HEREBY ORDERED AND ADJUDGED** that said Motion is GRANTED.

**THIS IS HEREBY ORDERED AND ADJUDGED** that the above-referenced matter is dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this ___3rd___ day of November, 2016.

*Nannette Jolivette Brown*
UNITED STATES DISTRICT JUDGE